ary 15, 1991. *Reversed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Petrich, J., and Worswick, J. Pro Tem.

[No. 15422-6-II. Division Two. January 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE MARIA GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00154-2, Don L. McCulloch, J., entered October 17, 1991. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 28213-1-I. Division One. January 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ARMSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04052-2,. Anthony P. Wartnik, J., entered April 9, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 28035-0-I. Division One. January 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM CARL RICHSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03501-4, Frank L. Sullivan, J., entered March 1, 1991. *Reversed in part* and *remanded with instructions* by unpublished opinion per Agid, J., concurred in by Scholfield and Baker, JJ.

[No. 29308-7-I. Division One. January 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. W.E.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03027-0, Faith Enyeart, J., entered Sep-

tember 6, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, C.J., and Scholfield, J.


[No. 28427-4-I. Division One. January 11, 1993.]

FRANK B. LYNOTT, ET AL, *Appellants*, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-12021-6, Patricia H. Aitken, J., entered April 12, 1991. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Coleman and Forrest, JJ.


[No. 28077-5-I. Division One. January 11, 1993.]

MICHAEL RORVIG, ET AL, *Respondents*, v. JOEL DOUGLAS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-2-01374-2, Michael F. Moynihan, J., entered February 19, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Baker, JJ.


[No. 25958-0-I. Division One. January 11, 1993.]

*In the Matter of the Marriage of* BRENDA LEORA LUDWIG, *Respondent, and* RICHARD A. LUDWIG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-3-04363-3, Timothy Edwards, J. Pro Tem., entered April 10, 1990. *Affirmed* by unpublished per curiam opinion.